**DISMISS and Opinion Filed April 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01065-CV**

**OULAYLACK LANDRY, Appellant**
**V.**
**INKWELL WATTERS CREEK APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02487-2022**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 2, 2023. By postcard dated March 2, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

221065F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OULAYLACK LANDRY, Appellant

No. 05-22-01065-CV     V.

INKWELL WATTERS CREEK
APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. 006-02487-
2022.
Opinion delivered by Justice
Reichek. Justices Partida-Kipness
and Miskel participating.


In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 19th day of April 2023.